UNITED STATES DISTRICT COURT

*Worcester, for*

District of *Massachusetts*    ATTACHMENT

*Aldin W. Winslowet-Alps*

Plaintiff,

≤ *Janv 26, 2005*

*Gov Mitt Romney, official*
*o pets*
*him advise - sct. W.S.H 1A*
*+ crim Pittsfield, Dist C.*

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER

# 05-40015

I *Aldin W. Winslowet-Alps* declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant

in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1    Are you currently incarcerated?    ☐ Yes    ☐ No    (If "No" go to Part 2)
   *mphs - incce*
   → If "Yes," state the place of your incarceration

   Are you employed at the institution?  *NO*   Do you receive any payment from the   *NO*

   → Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months transactions.

2    Are you currently employed?    ☒ No

   a    If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer
                               *N/A*

   b    If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   *~1995 — Acromold Plastics, Ellington CT ← Admirol*
   *[Temps (Conn)] — no other Admiral work   ~$6/hr  40.+  laste*
   *~ 3 wk*

3    In the past 12 (twelve) months have you received any money from any of the following sources?

   a    Business, profession or other self-employment    ☐ Yes    ☒ No
   b    Rent payments, interest or dividends    ☐ Yes    ☒ No
   c    Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d    Disability or workers compensation payments    ☐ Yes    ☒ No   ☐ no
   e    Gifts or inheritances    ☐ Yes    ☐ No
   f    Any other sources    ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   *poss. ours*
   *llust fund - legal*
   *or might hep*
   *reed it - aclu*

③

4    Do you have any N/A or checking or savings accounts?    ☑ Yes    ☐ No

If "Yes" state the total amount ~~meoth~~| monthly d. dep. ~780. bal. ser (~1500
1.00 — 175. now)

5    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
thing of value?    ☐ Yes **Maybe** ☐ No    ✱ trust fund -    Feb 780

If "Yes" describe the property and state its value    mailed to disclaim↓
dis claim wrov    230c.
if    scy appox 2 mo ago
Nisi >100,000.    + CPA for same purpos

trust, no cash, perverso
maybe no legal or govern p~

6    List the persons who are dependent on you for support, state your relationship to each person and indicate
how much you contribute to their support

none
will, matte provides separat.
for "any person with absolute vested
interest. (

( )

I declare under penalty of perjury that the above information is true and correct

Jan 19 2005    Alden W. Winslow etAlps
Date    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In
addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts,
expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts,
perhaps because you have been in multiple institutions, attach one certified statement of each account.

Fleet - Bank of America
direct dep above
do ten t → return re
most mail - no Bll
statement. Habeas
Corpus + $ + ORDER