UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Aldin Winslowet-Alps,
          Petitioner,

    V.

Commonwealth of Massachusetts,
          Respondent,

CIVIL ACTION

NO. 05-40015-FDS

ORDER OF DISMISSAL

Saylor, D.J.

In accordance with the Court's Memorandum and Order dated 7/27/05 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

7/27/05
Date

/s/ Martin Castles
Deputy Clerk

(2254dism.ord - 09/92)
     [odism.]